NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services, dba Starlight Entertainment Enterprises, Inc., dba Starlight Music Management, Inc.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

―――――――――

2026-1102

―――――――――

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01073-KCD, Judge Kathryn C. Davis.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

Upon consideration of the lack of response to this court's January 14, 2026 order,

IT IS ORDERED THAT:

(1) Pursuant to the court's January 14, 2026 order, the appeal is dismissed for failure to prosecute.

(2) Any pending motion is denied as moot.

FOR THE COURT



February 18, 2026
Date

Jarrett B. Perlow
Clerk of Court